12/9/2015

To whom this request concerns,

This request is in regards and response to a denial of a habeas corpus § 2241. The denial's grounds were based on the lack to exaust state remedies, which is controlled/ enforced on application § 2253. Due to Travis counties legal department not possessing this application, I've completed a self-written format with all the grounds claimed to be violated; I've submitted 2 seperate copies of these claims back in July and August of 2015 with no response at all. In fact I've submitted an additional copy after a denial of mandamus & prohibition. These copies were submitted to the district clerk, so please investigate this matter and if possible send 2 copies of habeas corpus § 2253. Thank you for your time and consideration.

Sincerely,
Josh Early

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

Joshua Early #15-066657
3644 Bill Price Rd.
Del Valle, TX 78617

RIO GRANDE DISTRICT
09 DEC 2015 PM 2 L

FOREVER
USA

Court of Criminal Appeals
P.O. Box-12308, Capitol Station
Austin, TX 78711

78711-230808

Legal Mail